UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER SITE LITIGATION

XXXxxxx: 07-CV-3832

WILLIAM E. SWEENEY and PATRICIA SWEENEY,
                                  Plaintiffs

- against -

THE CITY OF NEW YORK and AMEC CONSTRUCTION
MANAGEMENT, INC., et al.

                                 Defendants

**AFFIDAVIT OF SERVICE OF SUMMONS AND VERIFIED COMPLAINT**

STATE OF NEW YORK, COUNTY OF NEW YORK SS: The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age with a business address at 120 Broadway, New York, New York 10271
That on 5/18/07 at 10:44 a..M., at 100 Church Street, New York, NY 10007
Deponent served the within Summons and Verified Complaint on: The City of New York

_____ Individual   by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

__X__ Corporation a Municipal corporation, by delivering thereat a true copy of each to Gary Jean-Giles personally, deponent knew said corporation so served to be the corporation described in said Summons as said defendant and knew said individual to be process clerk thereof

_____ Suitable Age Person   by delivering ther at a true copy of each to      a person of suitable age and discretion. Said premises is defendant's - actual place of business, dwelling place, ususal place of abode within the state.

_____ Affixing to Door, etc.   by affixing a true copy of each to the door of said premises, which is defendant's actual place of business – dwelling place - usual place of abode – within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and and discretion thereat, having called there

Mailing to Residence use with 3 or 4   Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at      and deposited said envelope In an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

Mailing to business Use with 3 or 4   Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business at
In an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Person and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication
was from an attorney or concerned an action against the defendant.

Description Use with 1, 2 or 3

| | | | | | | |
|---|---|---|---|---|---|---|
| X Male | White Skin X | Black Hair | White Hair | 14-20 Yrs. | Under 5" | Under 100 lbs |
| Female X | Black Skin | Brown Hair | Balding | X 21-35 Yrs. | 5'0" 5"3" | 100-130 lbs |
| | Yellow skin | Blond Hair | Mustache | 36-50 Yrs. | 5'4" 5'8" | 131-160 Lbs. |
| | Brown skin | Gray Hair | Beard | 51-65 Yrs. | X 5'9"-6'0" | X 161-200 Lbs. |
| | Red skin | Red Hair | Glasses | Over 65 Yrs. | Over 6" | Over 200 Lbs. |

Other identifying features:

Use in NYC Civil Ct. legend was   The words "CONSUMER CREDIT TRANSACTION" were properly displayed at the top of the summon(es) and the additional printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

Military Service   I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal Statutes.

Sworn to before me on    5/21/07

                                       KENNETH GRAHAM

                                       0980098
                                       License No

DYLENE SCHIFANDO
Commissioner of Deeds
No. 5-1402
Certificate Filed in New York County
Commission Expires June 19, 01/11/09